Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISS LAW**
8383 Wilshire Blvd., Suite 935
Beverly Hills, CA 90211
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY, | Case No.  4:23-cv-03353-HSG |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| DICE THERAPEUTICS, INC., JIM SCOPA, JAKE SIMSON, LISA BOWERS, MITTIE DOYLE, J. KEVIN JUDICE, RICHARD SCHELLER, and SHARON TETLOW | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

| | | |
|---|---|---|
| 1 | Dated: August 16, 2023 | **WEISS LAW** |
| 2 | | Joel E. Elkins |
| 3 | | By: /s/ Joel E. Elkins |
| 4 | | Joel E. Elkins |
| | | 8383 Wilshire Blvd., Suite 935 |
| 5 | | Beverly Hills, CA 90211 |
| | | Telephone:  310/208-2800 |
| 6 | | Facsimile:   310/209-2348 |
| 7 | | -and- |
| | | Michael Rogovin |
| 8 | | 476 Hardendorf Ave. NE |
| | | Atlanta, GA 30307 |
| 9 | | Telephone: 404/692-7910 |
| | | Facsimile:  212/682-3010 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff* |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL